## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

IRMA SHIRAVA #A221-347-107        CASE NO.  3:26-CV-00392 SEC P

VERSUS        JUDGE TERRY A. DOUGHTY

WARDEN RICHWOOD        MAG. JUDGE KAYLA D.
CORRECTIONAL CENTER        MCCLUSKY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 15], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED**. Respondents, including the Warden of Richwood Correctional Center, must (1) release Petitioner from custody without bond as soon as reasonable possible, under reasonable conditions of supervision if necessary; (2) if Petitioner has family and/or an emergency contact on record, notify them of the exact location and time of her release no less than two hours before her release; and (3) **notify the Court of Petitioner's release within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

1

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.[1]

MONROE, LOUISIANA, this 1st of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] In other words, it is the intent of the Court that Petitioner shall not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.

2